IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-39 |
| HSFLB CONDOMINIUM OWNERS | : | |
| ASSOCIATION, et al. | : | |

## ORDER

AND NOW, this 3rd day of December, 2014, plaintiff's "Motion to Enlarge Time to File an Amended Complaint" (doc. no. 118) is denied for the reasons set forth in the April 10, 2014 order (doc. no. 116) denying a similar request. If, following disposition of plaintiff's pending appeal, plaintiff requires an extension of time, he may renew his request.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.