IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VAMSIDHAR REDDY VURIMINDI : CIVIL ACTION
:
vs. :
: NO.: 13-cv-0039
HSFLB CONDOMINIUM OWNERS :
ASSOCIATION, et al. :

## ORDER

AND NOW, this **12th** day of **JANUARY, 2015**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the calendar of the Honorable Joseph F. Leeson, Jr.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court