UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VAMSIDHAR REDDY VURIMINDI, : CIVIL ACTION
:
        Plaintiff, :
: 2:13-cv-39
   v. :
:
HSFLB CONDOMINIUM OWNERS :
ASSOCIATION, ET AL., :
        Defendants. :

**O R D E R**

AND NOW, this 30th day of January, 2015, it is ordered that the Clerk of Court remove this case from civil suspense and mark this case as closed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR., J.